**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.:**

DOUGLAS GLYNN BOLES,

      Plaintiff,

v.

COLUMBUS CAPITAL LENDING, LLC,

      Defendant.

_____/

**COMPLAINT**
*{Jury Trial Demanded}*

      Plaintiff, DOUGLAS GLYNN BOLES, brings this action against Defendant, COLUMBUS CAPITAL LENDING, LLC, pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C § 201 et seq., and alleges as follows:

1.     Jurisdiction is conferred on this Court by 28 U.S.C. § 1331 and 29 U.S.C. § 216(b).

2.     At all times material hereto, Plaintiff DOUGLAS GLYNN BOLES was a resident of the State of Florida and an "employee" of Defendants as defined by the FLSA.

3.     Plaintiff engaged in interstate commerce on a regular and recurring basis through interstate communication including but not limited to telephone.

4.     At all times material hereto, Defendant, COLUMBUS CAPITAL LENDING, LLC, was a Florida corporation with its principal place of business in South Florida, engaged in commerce in the field of mortgage loan services, at all times material hereto was the "employer" of Plaintiff as that term is defined under statutes referenced herein, engaged along with its employees in interstate commerce, and has annual gross sales and/or business volume of $500,000 or more.

1

5.      In justifiable reliance upon Defendant's representations and promises, Plaintiff DOUGLAS GLYNN BOLES accepted employment and began working for Defendant as a loan originator.

6.      Defendant failed to pay the full and proper minimum wages for all hours worked during Plaintiff's employment.

7.      Defendant did not pay Plaintiff for the approximate employment period of April 1, 2016 through April 8, 2016.

8.      The records, if any, concerning the date range of Plaintiff's employment, the number of hours Plaintiff actually worked, and the compensation actually paid to Plaintiff are in the possession and/or control of Defendant; however, Plaintiff has attached a statement of claim as <u>Exhibit A</u> to provide initial estimates of the damages. These amounts may change as Plaintiff engages in the discovery process.

9.      Defendant has knowingly and willfully refused to pay Plaintiffs their legally-entitled wages.

10.     Plaintiff has complied with all conditions precedent to bringing this suit, or same have been waived or abandoned.

11.     Plaintiff has retained the services of the undersigned and is obligated to pay for the legal services provided.

## COUNT I
## VIOLATION OF FAIR LABOR STANDARDS ACT ("FLSA")
## ALL DEFENDANTS

12. Plaintiff realleges and incorporates the allegations set forth in paragraphs 1-11 above as if set forth herein in full.

13. Plaintiff alleges this action pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 216 (b), that Plaintiff is entitled to: (i) unpaid minimum wages and (ii) liquidated damages pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201 et seq.

14. Plaintiff seeks recovery of damages as referenced above and further seeks interest, costs, and attorneys' fees pursuant to 29 U.S.C. § 216(b).

WHEREFORE, Plaintiff demands judgment against Defendant plus costs, reasonable attorneys' fees, and such other remedy as the court deems just and appropriate.

Respectfully submitted,

Koz Law, P.A.
320 S.E. 9th Street
Fort Lauderdale, Florida 33316
Phone: (786) 924-9929
Fax:    (786) 358-6071
Email: ekoz@kozlawfirm.com

_____
Elliot Kozolchyk, Esquire
Bar No.: 74791